IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

F.M.B. MOTHER OF T.G.W.
AND I.D.W., EACH A MINOR
CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-1001

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____/

Opinion filed July 6, 2015.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

Crystal McBee Frusciante, Sunrise, for Appellant.

Ward L. Metzger, Jacksonville, and Wendie Michelle Cooper, Sanford, for
Appellee.

PER CURIAM.

        AFFIRMED.

MARSTILLER, and OSTERHAUS, JJ., CONCUR.  BENTON, J., DISSENTS
WITHOUT OPINION.